· No.——

First Circuit

---

FONTENOT v. LYON LUMBER CO.

---

(Feb. 12, 1927.  Opinion and Decree.)
(Mar. 8, 1927.  Rehearing Refused.)

---

(*Syllabus by the Editor.*)

See syllabus to the case of Lebourgeois vs. Lyon Lumber Company. Reported on page 216.

Appeal from the Parish of Livingston. Hon. Columbus Reid, Judge.

Action by Mrs. Ameluse Fontenot against Lyon Lumber Company.

There was judgment for plaintiff and defendant appealed.

Judgment affirmed.

M. C. Rownd, of Springfield, attorney for plaintiff, appellee.

Leslie P. Beard, of New Orleans, attorney for defendant, appellant.

LECHE, J.   The plaintiff sues for compensation for the death of her husband, who was gilled by lightning at the same time and under the same conditions, as the employee in the case of LeBourgeois versus the same defendant, this day decided.

For the reasons assigned in that case, the judgment herein appealed from, is affirmed.